**Order entered November 13, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01064-CV

### LETERRENCE T. JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. CV-1800435-V**

## ORDER

On October 18, 2018, the court reporter notified the Court that appellant had not requested or paid for the reporter's record. In response, the Court sent appellant a letter instructing him to file, by October 29, 2018, notice that he has requested preparation of the reporter's record and written verification that he has paid or made arrangements to pay the reporter's fee or written documentation that he has been found entitled to proceed without advance payment of costs. We cautioned appellant that failure to comply may result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

As of today's date, appellant has not complied. Accordingly, we **ORDER** the appeal be submitted without the reporter's record. Appellant's brief is due **December 12, 2018**.

/s/     ADA BROWN
JUSTICE